IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. LICAUSI, *Plaintiff* v. ALLENTOWN SCHOOL DIST., et. al, *Defendants* | Case No. 5:19-cv-01258-JDW |

## **ORDER**

**AND NOW**, this 4th day of February, 2020, upon consideration of Defendants' Motion to Strike Impertinent Matter and Motion to Dismiss (ECF No. 14), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that Paragraph 161 of the Amended Complaint is hereby **STRICKEN**.

It is **FURTHER ORDERED** that Plaintiff's claims for Substantive and Procedural Due Process violations (Count III) and Intentional Infliction of Emotional Distress (Count X) are **DISMISSED**.

It is **FURTHER ORDERED** that Plaintiff's claims for Conspiracy (Counts IV-VIII) are **DISMISSED** only to the extent they assert claims under 42 U.S.C. ¶ 1985(3).

It is **FURTHER ORDERED** that within seven (7) days of the date of this Order, Plaintiff shall complete and file a *Monell* case statement using the form available at https://www.paed.uscourts.gov/judges-info/district-court-judges/joshua-d-wolson.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.